## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

MARY LYN DANIELAK,

                   Petitioner,

v.

                                          Case No. 14-11131

MILLICENT WARREN,

                   Respondent.

_____/

### ORDER DENYING MOTION TO STAY WRIT OF HABEAS CORPUS, GRANTING MOTION TO STRIKE AND MOTION FOR ENLARGEMENT OF TIME, AND DIRECTING THE CLERK OF COURT TO FILE PETITIONER'S REPLY

This matter is pending before the court on petitioner Mary Lyn Danielak's *pro se* habeas corpus petition under 28 U.S.C. § 2254.  The State filed a response to the habeas petition on September 22, 2014 (Dkt. # 8), and, on September 24, 2014, Petitioner moved for a stay of these proceedings while she exhausted additional state remedies.  (Dkt. # 10.)  On October 30, 2014, Petitioner moved to strike her motion for a stay (Dkt. # 12) and for an enlargement of time to file a reply to the State's response to her habeas petition. (Dkt. # 13.)  Last, on December 3, 2014, the Magistrate Judge received Petitioner's reply.  In light of Petitioner's timely motion to stay and subsequent motion to strike,

IT IS ORDERED that the Motion to Strike (Dkt. # 12) is GRANTED and the Motion to Stay Writ of Habeas Corpus (Dkt. # 10) is DENIED as moot.

IT IS FURTHER ORDERED that the Motion for Enlargement of Time (Dkt. # 13) is GRANTED.

IT IS FURTHER ORDERED that the Petitioner's reply to the State's response to her habeas petition shall be entered on the docket and deemed filed on December 3, 2014.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  January 25, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 25, 2015, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\14-11131.Danielak.extensionoftime.bh.dmi.wpd

2