UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MARY LYN DANIELAK,

        Petitioner,

v.
                                      Case No. 14-11131

MILLICENT WARREN,

        Respondent.
_____/

## JUDGMENT

Pursuant to the court's Opinion and Order Denying the Petition for Writ of Habeas Corpus, Granting in Part a Certificate of Appealability and Granting Leave to Proceed In Forma Pauperis on Appeal dated July 25, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Millicent Warren and against petitioner Mary Lyn Danielak.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                               s/Lisa Wagner
                                          By:  Lisa Wagner, Case Manager
                                              to Judge Robert H. Cleland